IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MITRA ABBASI, | Civil Action No. 08-277 |
| Plaintiff, | |
| v. | |
| SMITHKLINE BEECHAM CORP D/B/A GLAXOSMITHKLINE; and ALEXANDRE G. LANCKSWEERT, Defendants. | |

**ORDER**

AND NOW, this 25th day of March, 2010, for the reasons set forth in the accompanying opinion, it is hereby ORDERED that defendants' motion for summary judgment (docket no. 37) is GRANTED as to all of the plaintiff's remaining claims.

BY THE COURT:

/ s / Louis H. Pollak, J.
Pollak, J.